NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN ALLEN KING,                    )
                                      )
            Appellant,                )
                                      )
v.                                    )       Case No. 2D17-2996
                                      )
SANDRA LYNN KING,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed April 10, 2019.

Appeal from the Circuit Court for
Sarasota County; Frederick P. Mercurio,
Judge.

Allison M. Perry of Florida Appeals,
P.A., Tampa, for Appellant.

Angela D. Flaherty of Flaherty Law
Firm, Sarasota, for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, BLACK, and ATKINSON, JJ., Concur.